UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NORTON HAMILTON (#98660)

VERSUS

CHAD OUBRE, ET AL.

CIVIL ACTION

NO. 11-108-JJB-SCR

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 28, 2011 (doc. no. 33). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Partial Summary Judgment is GRANTED in part (1) DISMISSING the plaintiff's excessive force claim against Sgt. Michael Williams, (2) DISMISSING the plaintiff's false disciplinary report claim against defendant Capt. Smith, (3) DISMISSING the plaintiff's false ARP response claims against Capt. Smith and Maj. Oubre, (4) and DISMISSING the plaintiff's medical indifference claim against Sgt. Michael Williams. In all other respects, the defendants' Motion for Partial Summary Judgment is DENIED and this case is referred back to the magistrate judge for further proceedings on the plaintiff's excessive force and medical indifference claims.

Baton Rouge, Louisiana, this 15th day of December, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA